AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Brent Oster<br>Kathia Oster (involuntary Plaintiff)<br><br>*Plaintiff(s)*<br>v.<br>Moreno Family Law Firm, Marilyn Moreno<br>Intero Real Estate Services, et al<br>(see attached)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. **NC  CV 21 - 5400** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brent Oster (mailing only, e-serve all docs to brentoster@yahoo.com)
4283 EXPRESS LN STE 6337-164
SARASOTA, FL 34249-2602
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUSAN Y. SOONG
*CLERK OF COURT*

Date:  07/14/2021                                    _____W. Noble_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-05400-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1  Brent Oster (pro-se)
   Santa Clara, CA, 95050
2  brentoster@yahoo.com
   Justine Falcon, Legal AI
3  justine.falcon@orbai.com

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6  BRENT OSTER (plaintiff)
7  KATHIA OSTER / PORTUGUEZ (involuntary plaintiff)        CASE NO.  5:21-cv-05400-NC
   vs.
8                                                          COMPLAINT 18 U.S. CODE § 1961 (RICO) ACT
   MORENO FAMILY LAW FIRM                                  RACKETEER INFLUENCED AND CORRUPT
9    MARILYN MORENO                                        ORGANIZATIONS ACT
10   MICHAEL H. MORENO                                     42 U.S. CODE § 1983
     KARL NASTROM                                          AGENCIES ACTING UNDER COLOR OF LAW
11   SHELLY O'BRIEN                                        VIOLATION OF CIVIL RIGHTS
                                                           VIOLATION OF CONSTITUTIONAL RIGHTS
12 LAW FIRM OF J HECTOR MORENO                             $2^{ND}, 4^{TH}, 6^{TH}, 8^{TH}, 14^{TH}$ AMENDMENT
     J HECTOR MORENO
13   JOSEPH TANG                                           42 USC § 12132
                                                           DISCRIMINATION
14 GOMEZ-EDWARDS LAW GROUP
15   LAUREN EDWARDS                                        JURY TRIAL DEMANDED
     NATALIE GOMEZ
16 BERKSHIRE HATHAWAY INC.
17   INTERO REAL ESTATE SERVICES
     BRIAN CRANE
18   CHRISTOPHER MOLES,
19   HEATHER WANG,
     RICK TREVINO,
20   ~~DOE INTERO EMPLOYEES 1-10~~
21 SANTA CLARA FAMILY JUSTICE CENTER
     JUDGE JULIE EMEDE,
22   TEMP JUDGE SHARON ROPER,
23 COUNTY OF SANTA CLARA,
     SOUTH COUNTY CRIMINAL COURT,
24   ~~DOE 1-5, CRIMINAL COURT JUDGES,~~
25 SANTA CLARA COUNTY DISTRICT ATTORENY,
     MICHAEL H. MORENO (acting as DA PROSECUTOR),
26   MURAT OZGUR (acting as DA PROSECUTOR),
27   ~~DOE 10-19, DA PROSECUTORS,~~
   (defendants)
28

COMPLAINT 18 U.S. CODE § 1961 (RICO) ACTRACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT42 U.S. CODE § 1983 - 1

Defendant Service Addresses (Copy of Complaint and Summons for **Names in Bold** only)

Moreno Family Law Firm: **Marilyn Moreno**, Michael Moreno, Karl Nastrom, Shelley O'Brien
1150 S Bascom Ave # 29
San Jose, CA 95128

Law Firm of J Hector Moreno: **Hector Moreno**, Joseph Tang
950 S. Bascom Avenue, Suite 3111
San Jose, CA 95128

Berkshire Hathaway
Legal Department
3555 Farnam St
Omaha, NE 68131

Gomez Edwards: **Lauren Edwards,** Natalie Gomez
2391 The Alameda #205
Santa Clara, CA 95050

Intero Real Estate Services: Rick Trevino, **Heather Wang**, Brian Crane, Christopher Moles
Headquarters, Legal Dept
10275 N. De Anza Blvd.
Cupertino, CA 95014

County of Santa Clara: District Attorney's Office of Santa Clara, Murat Ozgur, et al.
**Office of the County Counsel, County of Santa Clara**
70 West Hedding Street, East Wing, 9th Floor  | San José, CA 95110
Office: (408) 299-9046 **|** Mobile: (669) 309-3196
jose.martinez@cco.sccgov.org

Santa Clara Family Justice Center: **Judge Julie Emede**, **Temp Real-Estate Judge Sharon Roper**
201 N 1st St
San Jose, CA 95113