UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT OSTER, et al., | Case No. 21-cv-05400-EMC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MORENO FAMILY LAW FIRM, et al., | |
| Defendants. | |

On October 15, 2021, the Court issued its Order Adopting Report and Recommendation to Dismiss Complaint. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: October 15, 2021

EDWARD M. CHEN
United States District Judge